| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br><br>**Rene Santos Porfirio Silva** | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.    ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:    06/22/2026      Rene Santos Porfirio Silva
                    Printed name of Debtor 1                                   Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____     _____     _____
                                              Printed name of Debtor 2                                    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.


Abbott

Rene Silva     15122 Roxford st Unit # 12 Sylmar, CA 91342

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|---|-------------|------------------|----------------|------------|--------------|
| Rene Silva | Abbott Laboratories | | 12093213 | 04/27/2026 | 05/10/2026 | 05/07/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|--------------|-----------|--------------------|----------------|---------------------|---------|
| Current | 0.00 | 4,029.69 | 254.81 | 515.14 | 420.05 | 2,839.69 |
| YTD | 0.00 | 39,954.38 | 2,363.27 | 4,507.72 | 4,416.76 | 28,666.63 |

| Earnings | | | | | | Employee Taxes | | |
|----------|---|---|---|---|---|----------------|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| REGULAR | 04/27/2026 - 05/10/2026 | 80 | 0 | 4,029.69 | 39,764.88 | OASDI | 239.29 | 2,382.20 |
| LIFE IMPUTED INCOME | 04/27/2026 - 05/10/2026 | 0 | 0 | 4.08 | 36.07 | Medicare | 55.97 | 557.13 |
| AWARDS | | | 0 | | 189.50 | Federal Withholding | 136.44 | 1,156.94 |
| | | | | | | State Tax - CA | 83.44 | 411.45 |
| Earnings | | | | 4,033.77 | 39,990.45 | Employee Taxes | 515.14 | 4,507.72 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|--------------------|---|---|---------------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Med Credit | -23.08 | -207.72 | DEP LIFE CHILD | 0.98 | 8.82 |
| PRETAX MED | 46.15 | 415.35 | SPOUSE AD&D | 0.74 | 6.66 |
| PRETAX DEN | 22.85 | 205.65 | DEP LIFE | 5.54 | 49.86 |
| PRETAX VIS | 12.91 | 116.19 | AD&D INS | 1.48 | 13.32 |
| HSA Employee (Health Equity) | 115.38 | 1,038.42 | SRP LOAN (401k Loan 1) | 126.10 | 1,261.00 |
| SRP PRETAX | 80.60 | 795.38 | SRP LOAN (401k Loan 2) | 285.21 | 2,852.10 |
| | | | Employee Giving | | 50.00 |
| | | | AWARDS | | 175.00 |
| Pre Tax Deductions | 254.81 | 2,363.27 | Post Tax Deductions | 420.05 | 4,416.76 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|---|---|---------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| HSA Employer Contribution | | 400.00 | Medicare - Taxable Wages | 3,859.56 | 38,422.56 |
| SRP Employer Match | 201.49 | 1,988.32 | Federal Withholding - Taxable Wages | 3,778.96 | 37,627.18 |
| Annual Abbott SRP Retirement Contribution | | 3,176.56 | | | |
| Employer Paid Benefits | 201.49 | 5,564.88 | | | |

| | Federal | State | Absence Plans | | | |
|---|---------|-------|---------------|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married | Description | Accrued | Reduced | Available |
| | | | Protected Sick | 0 | 4 | 36 |
| Allowances | 0 | 3 | | | | |
| Total Dependent Amount | 4200 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---------------------|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| ALEC | ALEC ******3768 | ******3768 | | 2,364.69 | USD |
| WELLS FARGO BANK NATIONAL ASSOCIATION | WELLS FARGO BANK NATIONAL ASSOCIATION ******9350 | ******9350 | | 475.00 | USD |

Entity: St. Jude Medical, Cardiology Division, I    100 ABBOTT PARK DR. NORTH CHICAGO, IL 60064-3500



Rene Silva    15122 Roxford st Unit # 12 Sylmar, CA 91342

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Rene Silva | Abbott Laboratories | | 12093213 | 05/11/2026 | 05/24/2026 | 05/21/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 4,029.69 | 254.81 | 515.13 | 420.05 | 2,839.70 |
| YTD | 0.00 | 43,984.07 | 2,618.08 | 5,022.85 | 4,836.81 | 31,506.33 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| REGULAR | 05/11/2026 - 05/24/2026 | 80 | 0 | 4,029.69 | 43,794.57 | OASDI | 239.29 | 2,621.49 |
| LIFE IMPUTED INCOME | 05/11/2026 - 05/24/2026 | 0 | 0 | 4.08 | 40.15 | Medicare | 55.96 | 613.09 |
| AWARDS | | | 0 | | 189.50 | Federal Withholding | 136.44 | 1,293.38 |
| | | | | | | State Tax - CA | 83.44 | 494.89 |
| Earnings | | | | 4,033.77 | 44,024.22 | Employee Taxes | 515.13 | 5,022.85 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Med Credit | -23.08 | -230.80 | DEP LIFE CHILD | 0.98 | 9.80 |
| PRETAX MED | 46.15 | 461.50 | SPOUSE AD&D | 0.74 | 7.40 |
| PRETAX DEN | 22.85 | 228.50 | DEP LIFE | 5.54 | 55.40 |
| PRETAX VIS | 12.91 | 129.10 | AD&D INS | 1.48 | 14.80 |
| HSA Employee (Health Equity) | 115.38 | 1,153.80 | SRP LOAN (401k Loan 1) | 126.10 | 1,387.10 |
| SRP PRETAX | 80.60 | 875.98 | SRP LOAN (401k Loan 2) | 285.21 | 3,137.31 |
| | | | Employee Giving | | 50.00 |
| | | | AWARDS | | 175.00 |
| Pre Tax Deductions | 254.81 | 2,618.08 | Post Tax Deductions | 420.05 | 4,836.81 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| HSA Employer Contribution | | 400.00 | Medicare - Taxable Wages | 3,859.56 | 42,282.12 |
| SRP Employer Match | 201.49 | 2,189.81 | Federal Withholding - Taxable Wages | 3,778.96 | 41,406.14 |
| Annual Abbott SRP Retirement Contribution | | 3,176.56 | | | |
| Employer Paid Benefits | 201.49 | 5,766.37 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married | Description | Accrued | Reduced | Available |
| | | | Protected Sick | 0 | 0 | 36 |
| Allowances | 0 | 3 | | | | |
| Total Dependent Amount | 4200 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| ALEC | ALEC ******3768 | ******3768 | | 2,364.70 USD |
| WELLS FARGO BANK NATIONAL ASSOCIATION | WELLS FARGO BANK NATIONAL ASSOCIATION ******9350 | ******9350 | | 475.00 USD |

Entity: St. Jude Medical, Cardiology Division, I    100 ABBOTT PARK DR. NORTH CHICAGO, IL 60064-3500


Abbott

Rene Silva    15122 Roxford st Unit # 12 Sylmar, CA 91342

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|-------------|------------------|----------------|------------|--------------|
| Rene Silva | Abbott Laboratories | | 12093213 | 05/25/2026 | 06/07/2026 | 06/04/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|--------------|-----------|--------------------|----------------|---------------------|---------|
| Current | 0.00 | 4,029.69 | 254.81 | 515.13 | 420.05 | 2,839.70 |
| YTD | 0.00 | 48,013.76 | 2,872.89 | 5,537.98 | 5,256.86 | 34,346.03 |

| Earnings | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| REGULAR | 05/25/2026 - 06/07/2026 | 80 | 0 | 4,029.69 | 47,824.26 | OASDI | 239.29 | 2,860.78 |
| LIFE IMPUTED INCOME | 05/25/2026 - 06/07/2026 | 0 | 0 | 4.08 | 44.23 | Medicare | 55.96 | 669.05 |
| AWARDS | | | 0 | | 189.50 | Federal Withholding | 136.44 | 1,429.82 |
| | | | | | | State Tax - CA | 83.44 | 578.33 |
| Earnings | | | | 4,033.77 | 48,057.99 | Employee Taxes | 515.13 | 5,537.98 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| Med Credit | -23.08 | -253.88 | DEP LIFE CHILD | 0.98 | 10.78 |
| PRETAX MED | 46.15 | 507.65 | SPOUSE AD&D | 0.74 | 8.14 |
| PRETAX DEN | 22.85 | 251.35 | DEP LIFE | 5.54 | 60.94 |
| PRETAX VIS | 12.91 | 142.01 | AD&D INS | 1.48 | 16.28 |
| HSA Employee (Health Equity) | 115.38 | 1,269.18 | SRP LOAN (401k Loan 1) | 126.10 | 1,513.20 |
| SRP PRETAX | 80.60 | 956.58 | SRP LOAN (401k Loan 2) | 285.21 | 3,422.52 |
| | | | Employee Giving | | 50.00 |
| | | | AWARDS | | 175.00 |
| Pre Tax Deductions | 254.81 | 2,872.89 | Post Tax Deductions | 420.05 | 5,256.86 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| HSA Employer Contribution | | 400.00 | Medicare - Taxable Wages | 3,859.56 | 46,141.68 |
| SRP Employer Match | 201.49 | 2,391.30 | Federal Withholding - Taxable Wages | 3,778.96 | 45,185.10 |
| Annual Abbott SRP Retirement Contribution | | 3,176.56 | | | |
| Employer Paid Benefits | 201.49 | 5,967.86 | | | |

| | Federal | State | Absence Plans | | | |
|--|---------|-------|---------------|--|--|--|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married | Description | Accrued | Reduced | Available |
| | | | Protected Sick | 0 | 8 | 28 |
| Allowances | 0 | 3 | | | | |
| Total Dependent Amount | 4200 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---------------------|--|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| ALEC | ALEC ******3768 | ******3768 | | 2,364.70 | USD |
| WELLS FARGO BANK NATIONAL ASSOCIATION | WELLS FARGO BANK NATIONAL ASSOCIATION ******9350 | ******9350 | | 475.00 | USD |

Entity: St. Jude Medical, Cardiology Division, I    100 ABBOTT PARK DR. NORTH CHICAGO, IL 60064-3500



Rene Silva    15122 Roxford st Unit # 12 Sylmar, CA 91342

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Rene Silva | Abbott Laboratories | 12093213 | 06/08/2026 | 06/21/2026 | 06/18/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 4,029.69 | 254.81 | 515.15 | 1,122.96 | 2,136.77 |
| YTD | 0.00 | 52,043.45 | 3,127.70 | 6,053.13 | 6,379.82 | 36,482.80 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| REGULAR | 06/08/2026 - 06/21/2026 | 80 | 0 | 4,029.69 | 51,853.95 | OASDI | 239.30 | 3,100.08 |
| LIFE IMPUTED INCOME | 06/08/2026 - 06/21/2026 | 0 | 0 | 4.08 | 48.31 | Medicare | 55.97 | 725.02 |
| AWARDS | | | 0 | | 189.50 | Federal Withholding | 136.44 | 1,566.26 |
| | | | | | | State Tax - CA | 83.44 | 661.77 |
| Earnings | | | | 4,033.77 | 52,091.76 | Employee Taxes | 515.15 | 6,053.13 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Med Credit | -23.08 | -276.96 | DEP LIFE CHILD | 0.98 | 11.76 |
| PRETAX MED | 46.15 | 553.80 | SPOUSE AD&D | 0.74 | 8.88 |
| PRETAX DEN | 22.85 | 274.20 | DEP LIFE | 5.54 | 66.48 |
| PRETAX VIS | 12.91 | 154.92 | AD&D INS | 1.48 | 17.76 |
| HSA Employee (Health Equity) | 115.38 | 1,384.56 | SRP LOAN (401k Loan 1) | 126.10 | 1,639.30 |
| SRP PRETAX | 80.60 | 1,037.18 | SRP LOAN (401k Loan 2) | 285.21 | 3,707.73 |
| | | | Employee Giving | | 50.00 |
| | | | AWARDS | | 175.00 |
| | | | Creditor Garnishment (2026031597-1SILVA) | 701.91 | 701.91 |
| | | | IWO Employer Fee | 1.00 | 1.00 |
| Pre Tax Deductions | 254.81 | 3,127.70 | Post Tax Deductions | 1,122.96 | 6,379.82 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| HSA Employer Contribution | | 400.00 | Medicare - Taxable Wages | 3,859.56 | 50,001.24 |
| SRP Employer Match | 201.49 | 2,592.79 | Federal Withholding - Taxable Wages | 3,778.96 | 48,964.06 |
| Annual Abbott SRP Retirement Contribution | | 3,176.56 | | | |
| Employer Paid Benefits | 201.49 | 6,169.35 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married | Description | Accrued | Reduced | Available |
| | | | Protected Sick | 0 | 0 | 28 |
| Allowances | 0 | 3 | | | | |
| Total Dependent Amount | 4200 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| ALEC | ALEC ******3768 | ******3768 | | 1,661.77 | USD |
| WELLS FARGO BANK NATIONAL ASSOCIATION | WELLS FARGO BANK NATIONAL ASSOCIATION ******9350 | ******9350 | | 475.00 | USD |

Entity:  St. Jude Medical, Cardiology Division, I    100 ABBOTT PARK DR. NORTH CHICAGO, IL 60064-3500


**Abbott**

Rene Silva    15122 Roxford st Unit # 12 Sylmar, CA 91342

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Rene Silva | Abbott Laboratories | | 12093213 | 06/22/2026 | 07/05/2026 | 07/01/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 4,029.69 | 254.81 | 515.13 | 1,122.96 | 2,136.79 |
| YTD | 0.00 | 56,073.14 | 3,382.51 | 6,568.26 | 7,502.78 | 38,619.59 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| REGULAR | 06/22/2026 - 07/05/2026 | 80 | 0 | 4,029.69 | 55,883.64 | OASDI | 239.29 | 3,339.37 |
| LIFE IMPUTED INCOME | 06/22/2026 - 07/05/2026 | 0 | 0 | 4.08 | 52.39 | Medicare | 55.96 | 780.98 |
| AWARDS | | | 0 | | 189.50 | Federal Withholding | 136.44 | 1,702.70 |
| | | | | | | State Tax - CA | 83.44 | 745.21 |
| Earnings | | | | 4,033.77 | 56,125.53 | Employee Taxes | 515.13 | 6,568.26 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Med Credit | -23.08 | -300.04 | DEP LIFE CHILD | 0.98 | 12.74 |
| PRETAX MED | 46.15 | 599.95 | SPOUSE AD&D | 0.74 | 9.62 |
| PRETAX DEN | 22.85 | 297.05 | DEP LIFE | 5.54 | 72.02 |
| PRETAX VIS | 12.91 | 167.83 | AD&D INS | 1.48 | 19.24 |
| HSA Employee (Health Equity) | 115.38 | 1,499.94 | SRP LOAN (401k Loan 1) | 126.10 | 1,765.40 |
| SRP PRETAX | 80.60 | 1,117.78 | SRP LOAN (401k Loan 2) | 285.21 | 3,992.94 |
| | | | Employee Giving | | 50.00 |
| | | | AWARDS | | 175.00 |
| | | | Creditor Garnishment (2026031597-1SILVA) | 701.91 | 1,403.82 |
| | | | IWO Employer Fee | 1.00 | 2.00 |
| Pre Tax Deductions | 254.81 | 3,382.51 | Post Tax Deductions | 1,122.96 | 7,502.78 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| HSA Employer Contribution | | 400.00 | Medicare - Taxable Wages | 3,859.56 | 53,860.80 |
| SRP Employer Match | 201.49 | 2,794.28 | Federal Withholding - Taxable Wages | 3,778.96 | 52,743.02 |
| Annual Abbott SRP Retirement Contribution | | 3,176.56 | | | |
| Employer Paid Benefits | 201.49 | 6,370.84 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married | Description | Accrued | Reduced | Available |
| | | | Protected Sick | 0 | 0 | 28 |
| Allowances | 0 | 3 | | | | |
| Total Dependent Amount | 4200 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| ALEC | ALEC ******3768 | ******3768 | | 1,661.79 | USD |
| WELLS FARGO BANK NATIONAL ASSOCIATION | WELLS FARGO BANK NATIONAL ASSOCIATION ******9350 | ******9350 | | 475.00 | USD |

Entity: St. Jude Medical, Cardiology Division, I    100 ABBOTT PARK DR. NORTH CHICAGO, IL 60064-3500